UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**FREDRICK DEE BUNTIN,**

    Petitioner,

v.                                               Case No.  5:21cv121-TKW-MJF

**GOVERNMENT OF THE STATE OF FLORIDA,**

    Respondent.
_____/

## ORDER

    This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 68) and Petitioner's objection (Doc 69). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to comply with a court order.

    The Court did not overlook Petitioner's argument that the magistrate judge was "wrong" in requiring him to submit an amended §2254 petition on the proper form because "th[is] case is NOT a petition for writ of habeas corpus." Doc. 69 at 2.  However, even if the magistrate judge was "wrong" in requiring Petitioner to file

an amended petition on the proper form, that would not excuse Petitioner's failure to even respond to the magistrate judge's Order.

In any event, the Court finds that the magistrate judge was correct in construing the "complaint" (Doc. 2) as a petition for writ of habeas corpus because it alleges that Petitioner is "an innocent man" who was being subjected to "unlawful custody" based on proceedings in state court and it seeks Petitioner's "immediate release from prison" and a "recall of his conviction and sentence" because his constitutional rights were allegedly violated. A claim such as this may only be raised in federal court in a habeas petition under §2254, and in this Court, the petition must be filed on the form required by Local Rule 5.7(A).

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.
2. This case is **DISMISSED with prejudice** and the Clerk shall close the case file.

**DONE and ORDERED** this 21st day of June, 2022.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**